■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN RIVERA, Appellant. — Judgment, Supreme Court, Bronx County, rendered on October 26, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Birns, J.P., Sandler, Carro, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v ELERY THOMAS, Also Known as THOMAS ELERY. — Motion granted to the extent of amending the remittitur of this court entered on October 23, 1980 [78 AD2d 779, 781] to recite the following: "Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Fourteenth Amendment of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur — Fein, J.P., Sullivan and Lynch, JJ.; Lupiano, J., dissents.

■ THE PEOPLE OF THE STATE OF NEW YORK, v JOHN MARSHALL. — Assigned counsel's application to have the appeal dismissed is denied and counsel is directed to serve and file an appropriate appellate brief. *(People v Saunders,* 52 AD2d 833.)

## SECOND DEPARTMENT, FEBRUARY, 1981

### (February 2, 1981)

■ ACTION CRANE CORPORATION, Plaintiff, v WILLETS POINT CONTRACTING CORP., Defendant. (Action No. 1.) ACTION CRANE CORPORATION, Respondent, v WILLETS POINT CONTRACTING CORP., Appellant. (Action No. 2.) — Order of the Supreme Court, Nassau County, entered October 11, 1979, as resettled by a further order of the same court entered December 14, 1979, affirmed, with one bill of $50 costs and disbursements. No opinion. Lazer, J.P., Mangano, Cohalan and Margett, JJ., concur.